No. 02–7541. ROSALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7543. STALLINGS v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7546. MARKHAM v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–7550. CHAMPAGNE v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 02–7552. CONWAY v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 02–7553. DENNIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–7554. DEWITT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7557. HYATT v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 02–7558. FAULKNER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7559. FENDERSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7561. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7562. GONZALEZ-HERNANDEZ v. UNITED STATES; and CENOVIO RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 48 Fed. Appx. 104 (first judgment) and 106 (second judgment).

No. 02–7568. VINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7572. STRUBEL ET VIR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.